IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:21-CV-300-DSC

| | |
|---|---|
| BROOKE HILTON, ) ) ) Plaintiff, ) ) v. ) ) KILOLO KIJAKAZI, ) ) Acting Commissioner of ) Social Security ) ) Defendant. ) ) _____) | ORDER FOR REMAND |

**THIS MATTER** is before the Court on Plaintiff's Complaint and Defendant's Motion for Remand to the Commissioner for further administrative proceedings. The Commissioner wishes to conduct further fact finding, including holding a new administrative hearing.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

1

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Signed: April 14, 2022

David S. Cayer
United States Magistrate Judge

2

Case 1:21-cv-00300-DSC   Document 13   Filed 04/14/22   Page 2 of 2